**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mildred Faust <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 15-15672 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2002-KS6 and index same on the master mailing list.

     Respectfully submitted,

**/s/ Matteo S. Weiner, Esq.**
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734