```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                          Case No. 15-15672-elf
Mildred Faust                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: DonnaR              Page 1 of 2              Date Rcvd: Nov 01, 2017
                              Form ID: pdf900           Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
db             +Mildred Faust,    8027 Rodney Street,    Philadelphia, PA 19150-3018
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr             +THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONA,     14841 Dallas Parkway Suite 300,
                 Dallas, Tx 75254-7883
cr             +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,     MAC X7801-014,   3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
13577536       +ASC,   P.O. Box 10388,    Des Moines, IA 50306-0388
13577534       +Acs Inc,    Attn: Bankruptcy,    PO Box 56317,   Philadelphia, PA 19130-6317
13577535       +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
13577538       +Az Premium Finance Co,    12406 N 32nd St Ste 110,    Phoenix, AZ 85032-7147
13577542       +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
13577544       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13577545       +Experian,    Profile Maintenance,    P.O. Box 9558,   Allen, Texas 75013-9558
13923212       +Matteo S. Weiner, Esquire,    KML Law Group, P.C.,    The Bank of New York,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13577548        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,   P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13577550       +PGW,   Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13744158       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13665868       +The Bank of New York Mellon Trust Company,     C/O America's Servicing Company, as serv,
                 Attn: Bankruptcy Dept. MAC#D3347-014,     3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
13577551       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13577552       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13577553       +Verizon,    Attn: Bankruptcy Dept.,    PO Box 25087,   Wilmington, DE 19899-5087

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 02 2017 01:50:28      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2017 01:49:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 02 2017 01:50:11      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13625946        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 02 2017 01:51:32
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13577537       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 02 2017 01:49:59      Asset Acceptance Llc,
                 Po Box 1630,    Warren, MI 48090-1630
13577540        E-mail/Text: bankruptcy@phila.gov Nov 02 2017 01:50:28      City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,   Philadelphai, PA 19102
13667057        E-mail/Text: bankruptcy@phila.gov Nov 02 2017 01:50:28      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13577541        E-mail/Text: bankruptcy@phila.gov Nov 02 2017 01:50:28      City of Philadelphia Law Dept.,
                 Attn: Bkcy. Dept.,    1515 Arch Street, 15th Floor,    Philadelphia, PA 19102
13664573       +E-mail/Text: bankruptcy@phila.gov Nov 02 2017 01:50:28
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13577539       +E-mail/Text: ecf@ccpclaw.com Nov 02 2017 01:49:35      Cibik and Cataldo, P.C.,
                 1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13577543       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 02 2017 01:50:38
                 Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
13577546        E-mail/Text: cio.bncmail@irs.gov Nov 02 2017 01:49:38      I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13577547       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 02 2017 01:50:00      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13604281       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 02 2017 01:49:39       PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13577549        E-mail/Text: bankruptcygroup@peco-energy.com Nov 02 2017 01:49:39       Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13667058*     ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
               (address filed with court: City of Philadelphia,     Law Department  Tax Unit,
                 Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595)
                                                                                              TOTALS: 0, * 1, ## 0
```

```
District/off: 0313-2          User: DonnaR                 Page 2 of 2                    Date Rcvd: Nov 01, 2017
                              Form ID: pdf900              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2017 at the address(es) listed below:

```
          KARINA   VELTER    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.
           amps@manleydeas.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon Trust Company,
           National Association fka The Bank of New York Trust Company N.A. as successor to JPMorgan Chase
           Bank, as Trustee for Residential Asset Securities Corporation bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
           Association fka The Bank of New York Trust Company N.A. as successor to JPMorgan Chase Bank, as
           Trustee for Residential Asset Securities Corporation tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MILDRED FAUST                               Chapter 13

            Debtor            Bankruptcy No. 15-15672-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 1, 2017**                     _____
                                                Eric L. Frank
                                                ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PRO-SE
*
*
*, * *

Debtor:
MILDRED FAUST

8027 RODNEY STREET

PHILADELPHIA, PA 19150-